<u>**UNPUBLISHED**</u>

**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

**No. 10-7448**

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

        v.

JOHNNY GRAYSON,

              Defendant – Appellant.

Appeal from the United States District Court for the Northern District of West Virginia, at Wheeling.  Frederick P. Stamp, Jr., Senior District Judge.  (5:08-cr-00046-FPS-JSK-1)

Submitted:  February 28, 2011          Decided:  March 8, 2011

Before TRAXLER, Chief Judge, and KING and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Johnny Grayson, Appellant Pro Se.  Randolph John Bernard, Assistant United States Attorney, Wheeling, West Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Johnny Grayson appeals from the district court's order denying his motion for an order transferring him to Mount Airy, North Carolina, to be placed in a halfway house, and to serve his term of supervision in that district. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Grayson, No. 5:08-cr-00046-FPS-JSK (N.D. W. Va. Oct. 4, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED